UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| RONALD ALLEN CLARKE, | ) | Civil Action No.: 1:15-cv-4735-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

On November 30, 2016, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. [ECF #25, p. 1]. Plaintiff requested an award of attorney's fees in the amount of $3,469.31.[ECF #25, p. 1]. On December 19, 2016, Defendant filed a response to Plaintiff's motion stating she does not oppose payment of Plaintiff's requested amount of attorney's fees. [ECF #26, p. 1].

After careful consideration, the Court **GRANTS** Plaintiff's motion [ECF #25] and **ORDERS** Defendant to pay attorney's fees in the amount of $3,469.31, subject to the Treasury Offset Program[2] if Plaintiff owes an outstanding debt to the federal government. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees shall be paid directly to Plaintiff and mailed to his attorney, with a copy sent to Plaintiff.

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.

**IT IS SO ORDERED.**

December 20, 2016
Florence, South Carolina

<u>s/ R. Bryan Harwell</u>
R. Bryan Harwell
United States District Judge